```
Federal Defenders
OF NEW YORK, INC.
```
Southern District
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8700  Fax: (212) 658-9483

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 1, 2025

**BY ECF**
Honorable Lewis J Liman
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street,
New York, NY 10007

**REQUEST GRANTED.**
**The Clerk of Court is respectfully directed to terminate Federal Defender Christopher Flood as counsel for defendant on the docket.**

6/2/2025   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Jeffrey Thompson* 21 Cr. 339 (LJL)

Honorable Judge Liman:

    I write to inform Your Honor that I have accepted a temporary work detail in the District of Columbia which necessitates my withdrawal from all pending matters in which I have been appointed as counsel, including this one. The detail is expected to last two years. My exact start date is presently unclear, but I understand it to be imminent.

    I have made Mr. Thompson aware of my departure, as well as the Government. Successor counsel with the Federal Defenders, Hannah McCrea has entered her appearance. My files will be accessible to her. To every extent possible, I will remain available to assist Ms. McCrea. Accordingly, I respectfully request that Your Honor allow me to withdraw as counsel for Mr. Thompson.

    Thank you for considering this request.

.

Respectfully submitted,

Christopher Flood, Esq.
(212) 417-8734

cc:   all counsel (by ECF)