UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
            -v-                                           :          21-CR-339 (LJL)
                                                          :
JEFFREY THOMPSON,                                         :          ORDER
                                                          :
                        Defendant.                        :
                                                          :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

　　　　The Court sentenced Defendant on the violation of supervised release today, January 6, 2026.  The Court neglected to advise the defendant that he has the right to appeal his conviction on the violation and his sentence. And that if he is unable to pay the cost of an appeal, he may apply for leave to appeal in forma pauperis.  The notice of appeal must be filed within 14 days of the Judgment of Conviction.  The Court is prepared to hold an additional conference at which it would inform Defendant orally of these rights.  Defense counsel is to advise the Court by no later than Friday, January 9, 2026, whether Defendant is aware of his right to appeal and waives his right to be informed orally by the Court of the right to appeal.

　　　　SO ORDERED.

Dated: January 6, 2026
        New York, New York                    _____
                                                       LEWIS J. LIMAN
                                                 United States District Judge