Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2026

**Via ECF**

REQUEST GRANTED.
The Status Conference on the Violation of Supervised Release previously set for December 2, 2026 is rescheduled to December 22, 2026 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

11/25/2026 SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** **United States v. Thompson**
**21 Cr. 339 (LJL)**

Dear Judge Liman,

I write to respectfully request an adjournment of the status conference currently scheduled for December 2, 2026 to December 22, 2026 at 11:00 am, when I understand the Parties, Probation, and the Court are all available.

The reason for the requested adjournment is because Mr. Thompson is in inpatient substance use disorder treatment. He began treatment on November 16, 2026 and defense counsel anticipates he will complete this portion of the treatment the week of December 14th. Undersigned counsel has provided the details of the treatment to the Government and Probation and neither has an objection to the adjournment request.

Respectfully submitted,

/s/

Hana Yamahiro
Assistant Federal Defender
(212) 417-8712

cc: AUSA Jonathan Bodansky (via ECF)
United States Probation Officer Michael Melaika (via ECF)